COMPETITIVE EDGE, INC. and David M. Greenspon, Plaintiffs–Appellants,

v.

STAPLES, INC. and Staples The Office Superstore East, Inc., Defendants–Appellees.

No. 2010–1340.

United States Court of Appeals, Federal Circuit.

March 11, 2011.

Robert N. Hochman, Sidley Austin LLP, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief was Thomas D. Rein.

Barbara L. Moore, Edward Angell Palmer & Dodge, LLP, of Boston, MA, argued for defendants-appellees. With her on the brief were David Cotta and Andrew T. O'Connor. Of counsel was Deborah Higashi Dodge.

Before GAJARSA, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**